**Cecil SIMON, Petitioner–Appellant,**

v.

**UNITED STATES, Respondent–Appellee.**

**Nos. 05–1716–pr (L), 05–1717–cr.**

United States Court of Appeals, Second Circuit.

Sept. 26, 2006.

Brian Sheppard, New Hyde Park, NY, for Petitioner–Appellant.

Susan Corkery, Assistant United States Attorney (Peter A. Norling, Assistant United States Attorney, on the brief), for Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York, Brooklyn, NY, for Respondent–Appellee.

Present: Hon. ROGER J. MINER, Hon. JOSEPH M. McLAUGHLIN, Hon. ROBERT A. KATZMANN, Circuit Judges.

### SUMMARY ORDER

Defendant Cecil Simon ("Simon") filed this appeal from an amended judgment entered by the district court on March 29, 2005 sentencing the defendant to, inter alia, 262 months' imprisonment. *See Simon v. United States*, 361 F.Supp.2d 35 (E.D.N.Y.2005). At oral argument, counsel for Simon informed the Court that his client no longer wished to pursue this appeal.

Accordingly, on consent, this appeal is **DISMISSED**.